IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 1 2 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:12-CR-289 |
| v. | § | |
| | § | |
| JOHN MITCHELL RUTOSKEY (1), | § | |
| GWENICE RUTOSKEY (2), | § | |
| ISIS, LTC, INC. (3), AND, | § | |
| HEALTHCARE CONSULTANTS AND | § | |
| MANAGEMENT SERVICES, INC. (4) | § | |
| | § | |
| DEFENDANTS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Introduction

1. <u>The Medicare Health Care Benefit Program.</u>   Medicare is a "health care benefit program," as defined by 18 U.S.C. § 24(b), program that provides health insurance coverage for people age 65 and older, and for certain disabled people as well. The United States Department of Health and Human Services (HHS) is responsible for the administration of the Medicare program. The Centers for Medicare and Medicaid Services (CMS) is the component agency of HHS that administers and supervises the Medicare program. Individuals who receive benefits under Medicare are referred to as Medicare "beneficiaries". Various entities are under contract to provide services to CMS. These services include processing and paying Medicare claims and safeguarding the

1

integrity of the Medicare program.  The Medicare program is divided into several different parts: "Part A" of the Medicare program covers health services provided by hospitals, skilled nursing facilities, hospices, and home health agencies; "Part B" of the Medicare program covers most outpatient services, including medical supplies needed for the care of Medicare beneficiaries, such as wound care supplies.

2.      Medicare, with limited exception, does not cover the cost of long term nursing home care.  Under certain circumstances, nursing homes may submit claims to Medicare Part B seeking reimbursement for the cost of medical supplies required for the care of Medicare beneficiaries.  In order to receive payment from Medicare, the nursing home is required to submit, either in hard copy or electronically, a health insurance claim form to Medicare.  Medicare Part B reimburses nursing homes directly for the cost of covered supplies provided to eligible beneficiaries, provided that the laws and regulations governing Medicare billing are followed.  A nursing home can also contract with a billing company to prepare and transmit claims to Medicare.

3.      Private companies may contract with the United States Department of Health and Human Services to receive, adjudicate, and pay Medicare Part B claims for covered services in the state of Texas.  These private companies include Trailblazer Health Enterprises, LLC, Mutual of Omaha, and Wisconsin Physician Service Insurance Corporation.

4.      In order to bill the Medicare program for covered supplies or services, nursing homes submit a Form 1450 or Form 1500, which is a claims form. When Forms

1450 or 1500 are submitted, either in paper or electronic format, the nursing home

certifies that the contents of the form are true, accurate, complete, and that the form was

prepared in compliance with the laws and regulations governing the Medicare program.

A Medicare claim is required to set forth, among other things, the beneficiary's name and

identification number, the services performed for the beneficiary, the date the services

were provided, the cost of the services, and the name and Unique Physician Identification

Number (UPIN) of the physician or other health care provider who ordered the services.

     5.    The Medicaid Health Care Benefit Program.  The Medicaid Program is a

jointly funded cooperative venture between the Federal and State governments to assist

States in the provision of adequate medical care to eligible needy persons.  Medicaid was

created by Title XIX of the Social Security Act of 1965, and provides medical assistance

for certain individuals and families with low incomes and resources.  In Texas, Medicaid

is funded with approximately 50% federal monies, and the remaining 50% is paid by the

state.

     6.    Providers apply to participate in the Medicaid program through the Texas

Health and Human Services Commission through its contractor, Texas Medicaid &

Healthcare Partnership (TMHP). Upon acceptance, providers are assigned a unique

provider identification number. Only providers who have been assigned a unique

provider number can be reimbursed by the Medicaid program.  A Medicaid provider

obtains reimbursement from the Medicaid program by providing authorized services to

recipients and then submitting claim forms to the State's contractor, TMHP.  To receive

Medicaid reimbursement, the provider submits or causes the submission of a claim for reimbursement by either (a) hard copy paper claims, or (b) by electronic means through a web portal to the contractor.  Information transmitted to the contractor, on either hard copy forms and/or via web portal includes, among other things, the recipient's name and date of birth, Medicaid identification number of the recipient, date of service, place of service, a unique numerical procedure code or healthcare common procedure code (HCPC) that represents a specific item or service rendered to the recipient, and the dollar amount claimed.  The procedure code and units of service used by the provider are what determines the amount of reimbursement to the provider, which makes them material elements on the claim form.

7.      Some Medicare beneficiaries are also eligible for Medicaid benefits.  When a claim is submitted to Medicare for care rendered to these individuals, a Medicaid claim is subsequently generated.  Certifications and agreements with healthcare benefit programs, including the Texas Medicaid program and Medicare, acknowledge that federal funds are used in the program.

8.      Medicare, Medicaid, and other Federal healthcare programs maintain a list of persons and entities who have been excluded from participation in their respective programs.  The effect of an exclusion is that no payment will be made by any Federal healthcare program for any items or services furnished, ordered, or prescribed by an excluded individual.  The exclusion applies regardless of who submits the claims and applies to all administrative and management services furnished by the excluded person.

9.      On or about November 20, 1992, **John Mitchell Rutoskey** was convicted of a felony associated with the delivery of a health care item or service under the Medicare program.  As a result of this conviction, **John Mitchell Rutoskey** was excluded for a period of 10 years by the United States Department of Health and Human Services from participating in the Medicare program, the Medicaid program, and all federal health care programs.  After exclusion, including exclusion for a defined period of time, reinstatement is not automatic.  Excluded individuals are required to submit an application, which then must be approved by Medicare and Medicaid, in order to reestablish eligibility for participation in Federal healthcare programs.  **John Mitchell Rutoskey** did not complete this process and has not been eligible to participate in Federal healthcare programs since the time of his original conviction in 1992.  At all relevant times, **John Mitchell Rutoskey** has remained an excluded individual.

10.      On or about September 23, 2004, **ISIS LTC, Inc.**, filed for incorporation as a domestic, for-profit corporation.  **ISIS's** Articles of Incorporation, filed with the Texas Secretary of State, lists "**John M. Rutoskey**" as "Director."  On July 11, 2006, **John Mitchell Rutoskey** signed a Texas Franchise Tax Public Information Report, identifying himself as the "President," "Director," and "Owner" of **ISIS**.

11.      On or about August 2006, the United States and **John Mitchell Rutoskey** entered into an Agreement to settle civil claims that **John Mitchell Rutoskey**, after exclusion in 1992 from participating in Federal health care programs, operated nursing homes in Texas and submitted or caused to be submitted false statements on Medicare

and Medicaid provider applications and submitted or caused to be submitted claims for payment to the Medicare and Medicaid programs, which were paid to the nursing homes in violation of the exclusion rules.  As part of the Agreement, **John Mitchell Rutoskey** agreed to be "permanently excluded . . . from Medicare, Medicaid, and all other Federal health care programs . . . ."  The Agreement specified that **John Mitchell Rutoskey's** exclusion "shall have national effect and shall also apply to all other federal procurement and nonprocurement programs."  The Agreement required:  "Federal health care programs shall not pay anyone for items or services, including administrative and management services, furnished, ordered, or prescribed by **John Mitchell Rutoskey** in any capacity while **John Mitchell Rutoskey** is excluded.  This exclusion applies regardless of who submits the claim or other request for payment.  **John Mitchell Rutoskey** shall not submit or cause to be submitted to any Federal health care program any claim or request for payment for items or services, including administrative and management services, furnished, ordered, or prescribed by **John Mitchell Rutoskey** during the exclusion."  **Gwenice Rutoskey** also signed this Agreement acknowledging the permanent exclusion of **John Mitchell Rutoskey**.

12.     On or about October 23, 2006, **John Mitchell Rutoskey** filed documents with the Texas Secretary of State to update information regarding **ISIS LTC, Inc.  John Mitchell Rutoskey** was listed as both Director and President of the company.  The business address for **ISIS LTC** was 1515 Heritage Drive, McKinney, Texas, 75069, in the Eastern District of Texas.

13.     On or about July 31, 2007, the Office of Inspector General, United States Department of Health and Human Services, notified **ISIS LTC, Inc.,** that **ISIS LTC, Inc.,** was permanently excluded from participation in Medicare and Medicaid due to the company's association with **John Mitchell Rutoskey.**

14.     On or about December 18, 2009, **Healthcare Consultants and Management Services, Inc.,** ("HCMS") filed for incorporation in Texas. **Gwenice Rutoskey** is listed as "Director" of **HCMS**. The business address for **HCMS** is 1515 Heritage Drive, McKinney, Texas, 75069, in the Eastern District of Texas.

15.     In 2005, Dickens County, Texas, purchased the Dickens County Nursing Home in Spur, Texas.  At all times relevant to this indictment, Dickens County Nursing Home was a Medicare approved provider.

16.     Nurse-con Corporation does business as Elmwood Nursing Home in Marlin, Texas.  At all times relevant to this indictment, Elmwood Nursing Home was a Medicare and Medicaid approved provider.

17.     At all relevant times, MJ Management was the parent company of Mount Vernon Nursing Home, Inc., Jordan & Gillis, Inc., and Atlanta Nursing Homes, Inc. Mount Vernon Nursing Home, Inc., did business as Mission Manor Nursing Home in Mount Vernon, Texas.  Jordan & Gillis, Inc., did business as Heritage Nursing Home in Quitman, Texas.  Atlanta Nursing Homes, Inc., did business as Rose Haven Retreat and Golden Villa Nursing homes, both located in Atlanta, Texas.  At all times relevant to this indictment, Mission Manor, Heritage, and Golden Villa were approved Medicare and

Medicaid providers.  At all times relevant to this indictment, Rose Haven Retreat was an

approved Medicare provider.

## Count  One

### Violation:  18 U.S.C. § 1349
### (Conspiracy to Commit Healthcare Fraud)

18.    From in or about Spring 2005 and continuing until in or about December

of 2012 in the Eastern District of Texas and elsewhere,

### JOHN MITCHELL RUTOSKEY (1), and
### GWENICE RUTOSKEY (2),

did knowingly and willfully combine, conspire, confederate and agree with each other

and others known and unknown, to knowingly and willfully execute a scheme to defraud

a health care benefit program; namely, the Texas Medicaid program and the Medicare

program, and  to obtain, by means of false and fraudulent pretenses, representations, and

promises, money and property owned by, or under the custody and control of, a health

care benefit program; namely, the Texas Medicaid program and the Medicare program in

connection with the delivery of or payment for health care benefits, items and services,

in violation of 18 U.S.C. § 1347.

## The Scheme

19.    The defendants, as part of the conspiracy and scheme, aiding and abetting

each other, created **HCMS** in order to conceal its true owner's status as an excluded

individual and to continue the business of **ISIS**, an excluded entity; and similarly, failed

to disclose **John Mitchell Rutoskey's** status as an excluded individual to the Texas

Medicaid program and Medicare, while he participated in the daily operations of **ISIS** and **HCMS** conducting the billing functions of multiple nursing homes in Texas and elsewhere.

20.     The defendants, as part of the conspiracy and scheme, aiding and abetting each other, submitted false and fraudulent claims for healthcare and medical supplies, including wound care products, with the Medicare and Texas Medicaid Programs in order to obtain money to which the defendants were not entitled during a period of time that **John Mitchell Rutoskey** was excluded from participation in the Texas Medicaid program, the Medicare program, and all federally funded health benefit programs.

21.     It was further part of the conspiracy and scheme that **John Mitchell Rutoskey** taught Medicare and Medicaid billing seminars to meet and network with nursing home administrators in an effort to acquire opportunities to participate in medical billing despite **John Mitchell Rutoskey's** exclusion.

22.     It was further part of the conspiracy and scheme that **John Mitchell Rutoskey** and **Gwenice Rutoskey** created and caused to be created false and fraudulent records relating to the delivery of wound care and the use of wound care supplies.

23.     It was further part of the conspiracy and scheme that **Gwenice Rutoskey, ISIS,** and **HCMS** paid **John Mitchell Rutoskey** from funds generated by this scheme, in violation of his exclusion.

24.     It was further part of the conspiracy and scheme that **John Mitchell Rutoskey** was the primary contact of **ISIS** and **HCMS** with company clients, including nursing home administrators and nursing home owners.

25.     It was further part of the conspiracy and scheme that **Gwenice Rutoskey** used bank accounts to conceal monies and transactions, and from which **John Mitchell Rutoskey** was compensated for his interest and work on behalf of **ISIS** and **HCMS**.

### Manner and Means of the Conspiracy

26.     On or about the following dates with respect to the following healthcare facilities, as representative of the manner and means of the conspiracy and in furtherance and execution and attempted execution of the conspiracy, in the Eastern District of Texas and elsewhere, the following co-conspirators took the following actions:

a.     With respect to Dickens County Nursing Home:

(1)     In or about the latter part of 2005 or early 2006, the exact date unknown, **John Mitchell Rutoskey** conducted a healthcare billing seminar in Lubbock, Texas, attended by employees of Dickens County Nursing Home. On or about February 1, 2006, **John Mitchell Rutoskey** presented a proposal to the Dickens County Commissioners Court to perform Medicare billing services for the Dickens County Nursing Home. The Defendants were subsequently approved by Dickens County Commissioners Court to conduct Medicare billing on behalf of the Dickens County Nursing Home.

(2)     Between January 2006 and May 2008, the Defendants submitted or caused to be submitted Medicare Claims for multiple beneficiaries at Dickens County Nursing Home.

(3)     Between January 2006 and May 2008, the Defendants submitted invoices to Dickens County Nursing Home seeking payment for billing services.

(4)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Dickens County Nursing home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $       4,234.11 | 9/21/2006 | $    (1,091.51) | C.C. | 6998A | 20613816493004 | 5/18/2006 |
| | | $      3,472.31 | C.C. | 6998A | 20625735246304 | 9/14/2006 |
| | | $            - | M.H. | 9204A | 20623610245904 | 8/24/2006 |
| | | $        535.93 | M.H. | 9204A | 20625710015404 | 9/14/2006 |
| | | $      (765.56) | J.V. | 6928A | 20610012330204 | 4/10/2006 |
| | | $      2,082.94 | J.V. | 6928A | 20626137474504 | 9/18/2006 |
| | | $      4,234.11 | | | | |

(5)    On or about September 22, 2006, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Dickens County Nursing Home in the amount of $423.41 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Dickens County Nursing Home 10% of the total Medicare payment amount.  On or about October 5, 2006, Dickens County Nursing Home drafted check number 26734 in the amount of $423.41 paying **ISIS LTC** for submitting the foregoing Medicare claims.

(6)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Dickens County Nursing home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $        845.26 | 10/11/2006 | $    (1,031.93) | L.L. | 7490A | 20625512163304 | 9/12/2006 |
|  |  | $     1,877.19 | L.L. | 7490A | 20627709102804 | 10/4/2006 |
| $        143.28 | 10/12/2006 | $    (2,077.56) | M.S. | 7796A | 20625511281904 | 9/12/2006 |
|  |  | $     2,220.84 | M.S. | 7796A | 20627910430704 | 10/6/2006 |
| $     7,825.50 | 10/20/2006 | $          16.05 | C.C. | 6998A | 20627935079104 | 10/6/2006 |
|  |  | $     1,615.80 | J.G. | 6369A | 20627911104804 | 10/6/2006 |
|  |  | $        512.88 | R.H. | 4114A | 20627935151304 | 10/6/2006 |
|  |  | $     1,771.41 | E.R. | 6640D | 20627911164404 | 10/6/2006 |
|  |  | $     2,149.20 | M.S. | 7796A | 20627911212904 | 10/6/2006 |
|  |  | $        136.66 | A.J. | 9368A | 20627912020804 | 10/6/2006 |
|  |  | $        108.20 | D.M. | 0105A | 20627936064204 | 10/6/2006 |
|  |  | $        583.93 | H.M. | 1941A | 20627936086904 | 10/6/2006 |
|  |  | $        235.62 | W.N. | 5593A | 20627912435004 | 10/6/2006 |
|  |  | $        111.82 | I.P. | 4667A | 20627936106704 | 10/6/2006 |
|  |  | $        583.93 | J.V. | 6928A | 20627912135604 | 10/6/2006 |
| $     8,814.04 |  | $     8,814.04 |  |  |  |  |

(7)   On or about October 25, 2006, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Dickens County Nursing Home in the amount of $881.04 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Dickens County Nursing Home 10% of the total Medicare payment amount.  On or about October 26, 2006, Dickens County Nursing Home drafted check number 26889 in the amount of $881.04 paying **ISIS LTC** for submitting the foregoing Medicare claims.

(8)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Dickens County Nursing home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $   12,953.34 | 12/11/2006 | $1,842.64 | J.G. | 6369A | 20633115361304 | 11/27/2006 |
| | | $5,301.75 | T.G. | 2054D | 20633115173204 | 11/27/2006 |
| | | $1,842.64 | E.R. | 6640D | 20633115333104 | 11/27/2006 |
| | | $622.48 | M.S. | 7796A | 20633115382404 | 11/27/2006 |
| | | $46.08 | E.B. | 9814A | 20633139559404 | 11/27/2006 |
| | | $99.47 | D.D. | 6364A | 20633115423104 | 11/27/2006 |
| | | $337.35 | M.H. | 9204A | 20633140191704 | 11/27/2006 |
| | | $37.27 | A.J. | 9368A | 20633115442404 | 11/27/2006 |
| | | $739.20 | L.L. | 7490A | 20633116155704 | 11/27/2006 |
| | | $431.22 | D.M. | 0105A | 20633115453904 | 11/27/2006 |
| | | $683.32 | H.M. | 1941A | 20633115474604 | 11/27/2006 |
| | | $149.94 | W.N. | 5593A | 20633140298904 | 11/27/2006 |
| | | $559.08 | I.P. | 4667A | 20633115504204 | 11/27/2006 |
| | | $260.90 | J.V. | 6928A | 20633115522504 | 11/27/2006 |
| | | $12,953.34 | | | | |

(9)     On or about December 11, 2006, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Dickens County Nursing Home in the amount of $1295.33 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Dickens County Nursing Home 10% of the total Medicare payment amount.  On or about December  18, 2006, Dickens County Nursing Home drafted check number 27471 in the amount of $1295.33 paying **ISIS LTC** for submitting the foregoing Medicare claims.

(10)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Dickens County Nursing home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $141.97 | 1/4/2007 | $141.97 | L.L. | 7490A | 20635306001604 | 12/19/2006 |
| $757.97 | 1/8/2007 | $757.97 | L.L. | 7490A | 20635306103604 | 12/19/2006 |
| $6,580.00 | 1/9/2007 | $3,938.40 | A.P. | 1047D | 20636001902404 | 12/26/2006 |
| | | $2,549.75 | S.V. | 1484A | 20636001903204 | 12/26/2006 |
| | | $77.42 | D.M. | 0105A | 20636001903504 | 12/26/2006 |
| | | $14.43 | D.M. | 0105A | 20636001904004 | 12/26/2006 |
| $5,278.60 | 1/2/2007 | $577.22 | D.V. | 5529C1 | 20635300701204 | 12/19/2006 |
| | | $237.76 | J.G. | 6369A | 20635301401804 | 12/19/2006 |
| | | $2,461.50 | M.H. | 9204A | 20635301900004 | 12/19/2006 |
| | | $1,644.72 | E.R. | 6640D | 20635302400804 | 12/19/2006 |
| | | $19.32 | M.B. | 2952D | 20635303202504 | 12/19/2006 |
| | | $216.77 | D.D. | 6364A | 20635303400004 | 12/19/2006 |
| | | $19.68 | L.H. | 9985A | 20635303400904 | 12/19/2006 |
| | | $30.36 | H.M. | 1941A | 20635303901604 | 12/19/2006 |
| | | $8.07 | I.P. | 4667A | 20635304101404 | 12/19/2006 |
| | | $63.20 | T.S. | 0923A | 20635304202604 | 12/19/2006 |
| $12,758.54 | | $12,758.54 | | | | |
| | | | | | | |

(11)    On or about January 10, 2007, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Dickens County Nursing Home in the amount of $1,275.85 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Dickens County Nursing Home 10% of the total Medicare payment amount.  On or about January 16, 2007, Dickens County Nursing Home drafted check number 27711 in the amount of $1,275.85 paying **ISIS LTC** for submitting the foregoing Medicare claims.

(12)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Dickens County Nursing home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date | |
|---|---|---|---|---|---|---|---|
| $428.30 | 1/22/2007 | $428.30 | M.H. | 9204A | 20700400615704 | 1/4/2007 | |
| $252.67 | 2/5/2007 | $252.67 | D.D. | 6364A | 20702200168004 | 1/22/2007 | |
| $12,474.20 | 2/7/2007 | $4,340.00 | A.P. | 1047D | 20702400227304 | 1/24/2007 | |
| | | $127.15 | A.P. | 1047D | 20702400230304 | 1/24/2007 | |
| | | $7,600.67 | S.V. | 1484A | 20702400232804 | 1/24/2007 | |
| | | $53.04 | L.L. | 7490A | 20702400406604 | 1/24/2007 | |
| | | $194.22 | D.M. | 0105A | 20702400235604 | 1/24/2007 | |
| | | $53.04 | A.P. | 1047D | 20702400409204 | 1/24/2007 | |
| | | $53.04 | T.S. | 0923A | 20702400412804 | 1/24/2007 | |
| | | $53.04 | J.V. | 6928A | 20702400415804 | 1/24/2007 | |
| $13,155.17 | | $13,155.17 | | | | | |
| | | | | | | | |

(13)     On or about February 9, 2007, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Dickens County Nursing Home in the amount of $1315.51 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Dickens County Nursing Home 10% of the total Medicare payment amount.  On or about March 28, 2007, Dickens County Nursing Home drafted check number 28369 in the amount of $1315.51 paying **ISIS LTC** for submitting the foregoing Medicare claims.

(14)     The pattern of claims submission, claims payment, invoice submission, and invoice payment described above continued through May 2008, resulting in fraudulent claim submission to Medicare by the Defendants through Dickens County Nursing Home in the amount of $1,565,261.

b.     With respect to Nurse-Con Corporation doing business as Elmwood Nursing Center:

(1)     Sometime in the Spring of 2005, the exact date unknown to the Grand Jury, **John Mitchell Rutoskey** conducted a healthcare billing seminar that was attended by an employee of Elmwood Nursing Center.  The Defendants were subsequently hired by Nurse-Con Corporation doing business as Elmwood Nursing Center to conduct Medicare and Medicaid billing.

(2)    Between April 2007, and July 2011, the Defendants submitted or caused to be submitted Medicare claims for multiple beneficiaries at Elmwood Nursing Center.

(3)    Between Spring of 2005 and July 2011, the Defendants submitted or caused to be submitted Medicaid claims for multiple beneficiaries at Elmwood Nursing Center.

(4)    Between Spring of 2005 and September of 2011, the Defendants submitted invoices to Nurse-Con Corporation doing business as Elmwood Nursing Center seeking payment for billing services.

(5)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Nurse-Con Corp. for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $ 537,407.45 | 10/02/06 | $ 2,037.63 | O.F. | 1426A | 20626110335604 | 09/18/06 |
| | | $ 1,376.72 | M.F.S. | 1902A | 20626110271504 | 09/18/06 |
| | | $ 3,426.86 | M.E. | 5351A | 20626109493004 | 09/18/06 |
| | | $ 3,713.41 | M.E. | 5351A | 20626109532804 | 09/18/06 |
| | | $ 303.58 | M.E. | 5351A | 20626109551704 | 09/18/06 |
| | | $ 16,493.04 | T.M. | 1784B3 | 20626109120304 | 09/18/06 |
| | | $ 15,566.88 | T.M. | 1784B3 | 20626109150004 | 09/18/06 |
| | | $ 2,276.88 | M.B. | 2375D | 20626110012504 | 09/18/06 |
| | | $ 18,822.22 | M.B. | 2375D | 20626110031504 | 09/18/06 |
| | | $ 18,215.04 | M.B. | 2375D | 20626110051704 | 09/18/06 |
| | | $ 44,153.28 | T.M. | 1784B3 | 20626109194604 | 09/18/06 |
| | | $ 41,690.88 | T.M. | 1784B3 | 20626109221204 | 09/18/06 |
| | | $ 47,429.09 | T.M. | 1784B3 | 20626109240104 | 09/18/06 |
| | | $ 24,859.94 | T.M. | 1784B3 | 20626109255404 | 09/18/06 |
| | | $ 42,122.28 | T.M. | 1784B3 | 20626109315604 | 09/18/06 |
| | | $ 24,982.77 | T.M. | 1784B3 | 20626109375504 | 09/18/06 |
| | | $ 24,714.15 | T.M. | 1784B3 | 20626109403904 | 09/18/06 |
| | | $ 40,983.84 | T.M. | 1784B3 | 20626133294204 | 09/18/06 |
| | | $ 4,401.98 | S.P. | 1993A | 20626108325604 | 09/18/06 |
| | | $ 18,670.42 | S.P. | 1993A | 20626108352304 | 09/18/06 |
| | | $ 20,036.54 | S.P. | 1993A | 20626108382504 | 09/18/06 |
| | | $ 19,125.78 | S.P. | 1993A | 20626108413004 | 09/18/06 |
| | | $ 20,947.30 | S.P. | 1993A | 20626108431704 | 09/18/06 |
| | | $ 20,112.44 | S.P. | 1993A | 20626108453204 | 09/18/06 |
| | | $ 23,527.76 | S.P. | 1993A | 20626108475204 | 09/18/06 |
| | | $ 23,451.86 | S.P. | 1993A | 20626108495804 | 09/18/06 |
| | | $ 11,612.10 | S.P. | 1993A | 20626108521904 | 09/18/06 |
| | | $ 2,352.78 | S.P. | 1993A | 20626108544504 | 09/18/06 |
| | | $ 537,407.45 | | | | |
| | | | | | | |

(6)  On or about November 20, 2006, **ISIS, LTC,** 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Elmwood Nursing Home in the amount of $159,218.98 for submitting the foregoing Medicare claims plus other Medicare claims not identified above. **ISIS LTC** charged Elmwood Nursing Home 15% of the total Medicare payment amount for the claims listed above.  On or about December 11, 2006, Nurse-Con Corporation dba Elmwood Nursing Center drafted check number 8929 in the amount of $134,215.98 paying **ISIS LTC** for submitting the foregoing Medicare claims plus other Medicare claims not identified above.  The check was

deposited into the **ISIS LTC** account number 3620185182 at Capital One.  On or about December 11, 2006, Nurse-Con Corporation dba Elmwood Nursing Center drafted check number 8930 in the amount of $25,000 payable to **Mitch Rutoskey** for submitting the foregoing Medicare claims plus other Medicare claims not identified above.

(7)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Nurse-Con Corp. for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $   71,723.56 | 06/19/07 | $   4,333.44 | L.A. | 8866D2 | 20715600266104 | 06/05/07 |
| | | $   13.31 | L.C. | 9307A | 20715600279804 | 06/05/07 |
| | | $   5,958.95 | R.C. | 2350D | 20715600222804 | 06/05/07 |
| | | $   5,766.72 | R.C. | 2350D | 20715600264904 | 06/05/07 |
| | | $   5,356.80 | R.C. | 2350D | 20715600282504 | 06/05/07 |
| | | $   298.18 | D.G. | 7095B6 | 20715600196804 | 06/05/07 |
| | | $   1,837.40 | D.G. | 7095B6 | 20715600285604 | 06/05/07 |
| | | $   323.02 | D.G. | 7095B6 | 20715600288404 | 06/05/07 |
| | | $   8,955.77 | T.M. | 1784B3 | 20715600245304 | 06/05/07 |
| | | $   8,742.36 | T.M. | 1784B3 | 20715600291004 | 06/05/07 |
| | | $   4,477.88 | G.N. | 3365A | 20715600204604 | 06/05/07 |
| | | $   4,333.44 | G.N. | 3365A | 20715600262404 | 06/05/07 |
| | | $   4,044.55 | G.N. | 3365A | 20715600292504 | 06/05/07 |
| | | $   4,740.29 | V.R. | 0629A | 20715600295004 | 06/05/07 |
| | | $   5,634.57 | F.W. | 5962B | 20715600176904 | 06/05/07 |
| | | $   5,452.80 | F.W. | 5962B | 20715600261204 | 06/05/07 |
| | | $   1,454.08 | F.W. | 5962B | 20715600296104 | 06/05/07 |
| | | $   71,723.56 | | | | |

(8)    On or about July 6, 2007, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Elmwood Nursing Home in the amount of $64,696.90 for submitting the foregoing Medicare claims plus other Medicare claims not identified above.  **ISIS LTC** charged Elmwood Nursing Home 15% of the total Medicare payment amount for the claims listed above.  On or about August 13, 2007, Nurse-Con Corporation dba Elmwood Nursing Center drafted check number 10987 in the amount of $71,782.59 paying **ISIS LTC**

for submitting the foregoing Medicare claims plus other Medicare claims not identified above.  The check was deposited into the **ISIS LTC** account number 3620185182 at Capital One.

(9)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Trailblazer Health Enterprises, LLC, Medicare paid provider Nurse-Con Corp. for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $      18,049.53 | 07/31/07 | $      1,723.29 | M.C. | 3771T | 20719800844304 | 07/17/07 |
| | | $      786.36 | D.K. | 8387T | 20719800876804 | 07/17/07 |
| | | $      1,976.04 | S.K. | 5304D | 20719800865604 | 07/17/07 |
| | | $      1,654.36 | P.M. | 8473D | 20719800889104 | 07/17/07 |
| | | $      1,439.45 | A.P. | 4948A | 20719800899004 | 07/17/07 |
| | | $      3,661.64 | A.P. | 4948A | 20719800907004 | 07/17/07 |
| | | $      4,505.27 | A.R. | 6346A | 20719800915404 | 07/17/07 |
| | | $      2,303.12 | H.Z. | 9704A | 20719800923004 | 07/17/07 |
| $      1,846.99 | 07/19/07 | $      1,845.54 | D.S. | 7631D | 20716300952704 | 06/12/07 |
| | | $      1.45 | INTEREST | | | |
| $      3,328.23 | 08/03/07 | $      2,058.41 | A.K. | 5304A | 20716300502704 | 06/12/07 |
| | | $      1,258.53 | J.W. | 8816A | 20716401071604 | 06/13/07 |
| | | $      11.29 | INTEREST | | | |
| $      33,038.02 | 08/07/07 | $      5,967.61 | D.G. | 7095B6 | 20720500481604 | 07/24/07 |
| | | $      3,756.32 | F.L. | 8071A | 20720500700004 | 07/24/07 |
| | | $      4,477.88 | G.N. | 3365A | 20720500484304 | 07/24/07 |
| | | $      1,890.02 | A.P. | 6537A | 20720500535904 | 07/24/07 |
| | | $      1,547.19 | C.R. | 1511A | 20720500518204 | 07/24/07 |
| | | $      5,248.18 | V.R. | 0629A | 20720500497404 | 07/24/07 |
| | | $      832.13 | R.S. | 7131A | 20720500531504 | 07/24/07 |
| | | $      3,684.12 | B.S. | 7027A | 20720500565304 | 07/24/07 |
| | | $      5,634.57 | F.W. | 5962B | 20720500498304 | 07/24/07 |
| | | $      56,262.77 | | | | |
| | | | | | | |

(10)    On or about August 7, 2007, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Elmwood Nursing Home in the amount of $7,085.69 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Elmwood Nursing Home either 7.5% or 15% for each of the individual Medicare payment amounts for the claims listed above.

(11)   The Defendants fraudulently submitted or caused to be submitted
Medicare claims as set forth in the table below.  As reported by
Trailblazer Health Enterprises, LLC, Medicare paid provider Nurse-
Con Corp. for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt. Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $   48,518.59 | 08/22/07 | $     667.08 | M.C. | 3771T | 20722000669304 | 08/08/07 |
| | | $  5,509.06 | D.G. | 7065B6 | 20722000674004 | 08/08/07 |
| | | $  2,215.35 | M.H. | 6133A | 20722000678804 | 08/08/07 |
| | | $     492.30 | M.H. | 6133A | 20722000681204 | 08/08/07 |
| | | $  2,248.47 | J.J. | 7836A | 20722000682204 | 08/08/07 |
| | | $  3,678.36 | D.K. | 8387T | 20722000684004 | 08/08/07 |
| | | $  4,618.84 | P.P. | 4948B | 20722000685804 | 08/08/07 |
| | | $  6,938.60 | A.R. | 6346A | 20722000687004 | 08/08/07 |
| | | $  2,707.65 | C.R. | 1511A | 20722000688304 | 08/08/07 |
| | | $  3,036.40 | B.S. | 7027A | 20722000699404 | 08/08/07 |
| | | $  6,207.25 | E.T. | 4538A | 20722000690404 | 08/08/07 |
| | | $  4,000.99 | H.Z. | 9704A | 20722000694104 | 08/08/07 |
| | | $     745.44 | V.R. | 0629A | 20722000758504 | 08/08/07 |
| | | $  5,452.80 | F.W. | 5962B | 20722000794104 | 08/08/07 |
| $        427.10 | 08/24/07 | $     427.10 | J.S. | 1592C1 | 20720500528204 | 07/24/07 |
| $        208.65 | 08/27/07 | $     110.97 | M.D. | 3485A | 20722500426504 | 08/13/07 |
| | | $       57.36 | M.H. | 7371D | 20722500447804 | 08/13/07 |
| | | $       40.32 | J.S. | 1592C1 | 20722500450304 | 08/13/07 |
| $        396.33 | 09/24/07 | $    (427.10) | J.S. | 1592C1 | 20720500528204 | 07/24/07 |
| | | $      (40.32) | J.S. | 1592C1 | 20722500450304 | 08/13/07 |
| | | $     541.19 | J.S. | 1592C1 | 20725700424004 | 09/14/07 |
| | | $     322.56 | J.S. | 1592C1 | 20725700425804 | 09/14/07 |
| $    43,582.66 | 09/27/07 | $  1,874.95 | A.G. | 2663A | 20725600466404 | 09/13/07 |
| | | $  2,505.73 | D.G. | 7095B6 | 20725600446604 | 09/13/07 |
| | | $     491.67 | J.J. | 7836A | 20725600442504 | 09/13/07 |
| | | $       65.65 | D.K. | 8387T | 20725600446004 | 09/13/07 |
| | | $  8,881.40 | F.L. | 8071A | 20725600457104 | 09/13/07 |
| | | $  6,226.02 | J.N. | 3322A | 20725600460504 | 09/13/07 |
| | | $  7,671.62 | A.R. | 6346A | 20725600450304 | 09/13/07 |
| | | $  7,771.10 | S.S. | 8688A | 20725600453504 | 09/13/07 |
| | | $  8,094.52 | B.S. | 7027A | 20725600451504 | 09/13/07 |
| $      7,488.22 | 09/28/07 | $  1,083.36 | M.H. | 6133A | 20725700515504 | 09/14/07 |
| | | $     770.29 | V.R. | 0629A | 20725700124804 | 09/14/07 |
| | | $  5,634.57 | F.W. | 5962B | 20725700127504 | 09/14/07 |

| $ | 66,779.22 | 11/08/07 | $ | 9,787.53 | A.G. | 2663A | 20729800550604 | 10/25/07 |
|---|---|---|---|---|---|---|---|---|
| | | | $ | 484.98 | D.G. | 7095B6 | 20729800554604 | 10/25/07 |
| | | | $ | 1,454.94 | D.G. | 7095B6 | 20729800567504 | 10/25/07 |
| | | | $ | 3,063.69 | J.H. | 2723A | 20729800584304 | 10/25/07 |
| | | | $ | 8,890.18 | F.L. | 8071A | 20729800585804 | 10/25/07 |
| | | | $ | 8,480.98 | J.N. | 3322A | 20729800597104 | 10/25/07 |
| | | | $ | 9,922.17 | P.P. | 4948B | 20729800613104 | 10/25/07 |
| | | | $ | 6,882.72 | A.R. | 6346A | 20729800620504 | 10/25/07 |
| | | | $ | 359.28 | S.S. | 8688A | 20729800623504 | 10/25/07 |
| | | | $ | 4,014.92 | S.S. | 8688A | 20729800633004 | 10/25/07 |
| | | | $ | 8,890.18 | B.S. | 7027A | 20729800656504 | 10/25/07 |
| | | | $ | 3,124.23 | E.T. | 4538A | 20729800659404 | 10/25/07 |
| | | | $ | 1,423.42 | R.W. | 2850A | 20729800662804 | 10/25/07 |
| | | | $ | 178,111.98 | | | | |

(12)  On or about November 9, 2007, **ISIS, LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Elmwood Nursing Home in the amount of $14,521.31 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Elmwood Nursing Home either 7.5% or 15% of the individual Medicare payment amounts for the claims listed above.

(13)  On or about November 9, 2007, Nurse-Con Corporation DBA Elmwood Nursing Center drafted check number 11813 in the amount of $14,521.31 paying **ISIS LTC** for submitting the foregoing Medicare claims.  The check was deposited into **ISIS LTC** account number 3620357544 at Capital One Bank.

(14)  The pattern of claims submission, claims payment, invoice submission, and invoice payment described above continued through July 2011, resulting in fraudulent claim submission to Medicare by the Defendants through Elmwood Nursing Center in the amount of $7,638,397.

(15)  From early 2005, the exact date unknown, through July 2011, the Defendants submitted substantially all Medicaid claims, included basic residential claims, on behalf of Elmwood Nursing Center.

Medicaid claims submitted on behalf of Elmwood Nursing Center by the Defendants totaled $9,340,260.

(16)   Total Medicare and Medicaid claims fraudulently submitted by the Defendants on behalf of Elmwood Nursing Center was $16,978,657.

c.   With respect to Mount Vernon Nursing Home, Inc., doing business as

Mission Manor Nursing Home:

(1)   On or about February 16, 2006, **John Mitchell Rutoskey** conducted a healthcare billing seminar that was attended by an administrator with oversight of Mission Manor Nursing Home.  The Defendants were subsequently hired by Mission Manor Nursing Home to conduct Medicare and Medicaid billing.

(2)   Between March 2006, and August 2009, the Defendants submitted or caused to be submitted Medicare claims for multiple beneficiaries at Mission Manor Nursing Home.

(3)   Between March 2006, and August 2009, the Defendants submitted or caused to be submitted Medicaid claims for multiple beneficiaries at Mission Manor Nursing Home.

(4)   Between March 2006, and August 2009, the Defendants submitted invoices to Mount Vernon Nursing Home, Inc., doing business as Mission Manor Nursing Home seeking payment for billing services.

(5)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Mission Manor Nursing Home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $3,943.69 | 04/27/2006 | $586.44 | S.B. | 4884D | 20610113261504 | 07/28/2007 |
| | | $376.33 | E.J. | 8768D | 20610308505204 | |
| | | $2039.18 | E.J. | 8768D | 20610308550704 | |
| | | $596.45 | B.L. | 1396A | 20610309325204 | |
| | | $79.44 | C.M. | 5094B | 20610310001604 | |
| | | $265.85 | E.J. | 8768D | 20610309142404 | |

| | | $3,943.69 | | | | |
|---|---|---|---|---|---|---|

(6)     On May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Mission Manor Nursing Home, the dba for Jordan Enterprises, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above. **ISIS LTC** charged Mission Manor Nursing Home 15% of the claims that Medicare paid.  On or about June 2, 2006, Mission Manor Nursing Home drafted check number 12167 in the amount of $984.33, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(7)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Mission Manor Nursing Home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $278.32 | M.D. | 9863A | 20610113261504 | 04/11/2006 |
| $2,001.34 | 04/21/2006 | $815.08 | L.E. | 1085A | 20610308505204 | 04/13/2006 |
| | | $232.02 | M.S. | 9383A | 20610308550704 | |
| | | $675.92 | C.T. | 0583A | 20610309325204 | |
| | | $2,001.34 | | | | |

(8)     On May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Mission Manor Nursing Home, the dba for Jordan Enterprises, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above. **ISIS LTC** charged Mission Manor Nursing Home 15% of the claims that Medicare paid.  On or about May 19, 2006, Mission Manor Nursing Home drafted check number 12162 in the amount of $2039.19, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into Capital One bank account 3620185182.

(9)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by

Mutual of Omaha, Medicare paid provider Mission Manor Nursing Home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $290.23 | C.L. | 1396B | 20615315202704 | |
| | | $3918.23 | C.L. | 1396B | 20615315220104 | |
| | | $1451.20 | J.S. | 4444A | 20615314494504 | |
| | | $2176.80 | J.S. | 4444A | 20615314512004 | |
| $17,777.20 | 06/16/2006 | $217.69 | L.E. | 1085A | 20615314544304 | 06/02/2006 |
| | | $2176.80 | L.E. | 1085A | 20615314560904 | |
| | | $435.37 | L.L. | 433C1 | 20615315160704 | |
| | | $1451.20 | L.L. | 433C1 | 20615315173504 | |
| | | $4498.71 | C.T. | 0583A | 20615314120804 | |
| | | $1160.97 | C.T. | 0583A | 20615314145304 | |
| | | **$17,777.20** | | | | |

(10)    On June 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Mission Manor Nursing Home, the dba for Jordan Enterprises, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above. **ISIS LTC** charged Mission Manor Nursing Home 15% of the claims that Medicare paid.  On or about June 20, 2006, Mission Manor Nursing Home drafted check number 12176 in the amount of $2666.58, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into Capital One bank account 3620185182.

(11)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Mission Manor Nursing Home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $182.67 | L.J. | 0419B | 20615314205904 | |
| | | $1643.89 | L.J. | 0419B | 20615314230404 | |
| $8,881.03 | 06/22/2006 | $202.52 | T.J. | 0419A | 20615314274304 | 06/02/2006 |
| | | $1452.87 | T.J. | 0419A | 20615314294604 | |
| | | $471.63 | B.J. | 768C1 | 20615314331504 | |

| | | $1088.40 | B.J. | 768C1 | 20615314351804 | |
|---|---|---|---|---|---|---|
| | | $1020.87 | B.J. | 768C1 | 20615314370504 | |
| | | $150.47 | B.L. | 1396A | 20615914581104 | |
| | | $103.19 | R.M. | 8385D | 20615915242604 | |
| | | $19.88 | M.S. | 5615D | 20615915025004 | |
| | | $616.28 | M.S. | 5615D | 20615915095004 | |
| | | $596.40 | M.S. | 5615D | 20615915121404 | 06/08/2006 |
| | | $616.28 | M.S. | 5615D | 20615915134804 | |
| | | $258.44 | M.S. | 5615D | 20615915153204 | |
| | | $337.96 | M.S. | 5615D | 20615915172204 | |
| | | $119.28 | M.S. | 5615D | 20615915192904 | |
| | | **$8,881.03** | | | | |

(12)   On June 23, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Mission Manor Nursing Home, the dba for Jordan Enterprises, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above. **ISIS LTC** charged Mission Manor Nursing Home 15% of the claims that Medicare paid.  On or about June 26, 2006, Mission Manor Nursing Home drafted check number 12181 in the amount of $1332.15, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(13)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Wisconsin Physicians Service Insurance Corporation, Medicare paid provider Mission Manor Nursing Home for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $743.35 | 08/07/2007 | $743.35 | J.S. | 9504A | 20720500124904 | 07/24/2007 |
| | | **$743.35** | | | | |

(14)   On August 7, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Mission Manor Nursing Home,

the dba for Jordan Enterprises, Inc., for submitting the foregoing Medicare claim, plus other Medicare claims not identified above. **ISIS LTC** charged Mission Manor Nursing Home 15% of the claims that Medicare paid.  Thereafter, Mission Manor Nursing Home drafted check number 19955 in the amount of $3,370.94, paying **ISIS LTC** for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.

(15)   The pattern of claims submission, claims payment, invoice submission, and invoice payment described above continued through August 2009, resulting in fraudulent claim submission to Medicare by the Defendants through Mission Manor Nursing Home in the amount of $99,730.

(16)   The submission of the Mission Manor Medicare claims by the Defendants caused a corresponding claim submission to Medicaid. The Defendants fraudulent activity resulted in Medicaid claims in the amount of $4,642.

d.   With respect to Jordan and Gillis, Inc., doing business as Heritage Nursing Home:

(1)   On or about February 16, 2006, **John Mitchell Rutoskey** conducted a healthcare billing seminar that was attended by an administrator with oversight of Heritage Nursing Home.  The Defendants were subsequently hired by Heritage Nursing Home to conduct Medicare and Medicaid billing.

(2)   Between March 2006 and August 2009, the Defendants submitted or caused to be submitted Medicare claims for multiple beneficiaries at Heritage Nursing Home.

(3)   Between March 2006 and August 2009, the Defendants submitted or caused to be submitted Medicaid claims for multiple beneficiaries at Heritage Nursing Home.

(4)   Between March 2006 and August 2009, the Defendants submitted invoices to Mount Vernon Nursing Home, Inc., doing business as Heritage Nursing Home seeking payment for billing services.

(5)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Jordan & Gillis, Inc., dba Heritage Nursing Home as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $483.77 | 04/07/2006 | $483.77 | M.B. | 2012A | 20608308192504 | 03/24/2006 |
| | | $101.94 | M.B. | 2012A | 20608308095004 | |
| | | $700.37 | A.B. | 1735D | 20608711401604 | |
| | | $534.56 | R.H. | 5030A | 20608711170504 | |
| | | $1,160.47 | R.H. | 5030A | 20608711255104 | |
| | | $955.54 | I.R. | 4956 | 20608710453704 | |
| $6,956.13 | 04/11/2006 | $556.49 | B.R. | 4332H | 20608710512004 | |
| | | $896.68 | M.S. | 5051A | 20608709294604 | 03/28/2006 |
| | | $364.83 | S.S. | 4745TA | 20608711563104 | |
| | | $139.97 | D.S. | 2917A | 20608709053104 | |
| | | $1,145.53 | D.S. | 2917A | 20608736897304 | |
| | | $399.68 | A.L. | 1364A | 20608711073704 | |
| $294.06 | 04/14/2006 | 92.52 | M.S. | 5051A | 20608709240604 | |
| | | 201.54 | K.L. | 4383D | 20608735128404 | |
| $2,186.80 | 04/21/2006 | $2,186.80 | M.B. | 2522A | 20609714291004 | 04/07/2006 |
| $511.68 | 04/21/2006 | $511.68 | C.D. | 8627A | 20608711464104 | 03/28/2006 |
| $10,432.44 | | $10,432.44 | | | | |

(6)   On May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Heritage Nursing Home, the dba for Jordan & Gillis, Inc., in the amount of $1,564.87 for submitting the foregoing Medicare claims.  **ISIS LTC** charged Heritage Nursing Home 15% of the total Medicare claims paid.  On or about May 24, 2006, Jordan & Gillis, Inc., drafted check number 19529 in the amount of $1,564.87, paying **ISIS LTC** for submitting the foregoing claims to Medicare.  This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(7)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Jordan & Gillis, Inc., dba Heritage Nursing Home as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $6748.89 | M.A. | 6662A | 20612509442604 | |
| | | $6675.51 | M.A. | 6662A | 20612509513704 | |
| | | $7718.50 | M.A. | 6662A | 20612509541104 | |
| | | $2249.37 | M.B. | 5495D | 20612511145904 | |
| | | $3918.23 | M.B. | 5495D | 20612511223804 | |
| | | $2249.37 | M.B. | 5495D | 20612511274804 | |
| | | $2249.37 | L.E. | 6305D | 20612509270404 | |
| | | $2174.80 | L.E. | 6305D | 20612509303504 | |
| | | $2249.37 | G.H. | 3091D | 20612510280704 | |
| | | $2176.80 | G.H. | 3091D | 20612510461004 | |
| | | $2249.37 | G.H. | 3091D | 20612510485004 | |
| | | $2249.37 | M.W. | 4704D | 20612510035004 | |
| | | $2176.80 | M.W. | 4704D | 20612510060504 | |
| | | $4498.71 | M.W. | 4704D | 20612510083304 | |
| | | $7718.50 | M.A. | 6662A | 20612533581504 | |
| | | $4498.71 | M.B. | 5495D | 20612512060404 | |
| | | $2249.39 | G.H. | 3091D | 20612510513104 | |
| $141,154.24 | 05/19/2006 | $4498.71 | M.W. | 4704D | 20612510132704 | 05/05/2012 |
| | | $2412.17 | G.W. | 4905A | 20612512171404 | |
| | | $4748.09 | G.W. | 4905A | 20612512300104 | |
| | | $4353.60 | G.W. | 4905A | 20612512322804 | |
| | | $4353.60 | G.W. | 4905A | 20612512362404 | |
| | | $4498.71 | G.W. | 4905A | 20612512383554 | |
| | | $4814.78 | G.W. | 4905A | 20612512442604 | |
| | | $3436.13 | G.W. | 4905A | 20612512494704 | |
| | | $1886.57 | M.W. | 4704D | 20612513054304 | |
| | | $2249.37 | M.W. | 4704D | 20612513102604 | |
| | | $1523.77 | M.W. | 4704D | 20612513123384 | |
| | | $2902.40 | M.W. | 4704D | 20612513154404 | |
| | | $7282.56 | M.W. | 4704D | 20612513101004 | |
| | | $6748.09 | G.W. | 4905A | 20612512513684 | |
| | | $6095.03 | G.W. | 4905A | 20612512535104 | |
| | | $6785.68 | G.W. | 4905A | 20612512554504 | |
| | | $2249.37 | M.W. | 4704D | 20612513221404 | |
| | | $4063.37 | M.W. | 4704D | 20612513241604 | |

| | | $4498.71 | G.W. | 4905A | 20612512341704 | |
| | | $4498.71 | G.W. | 4905A | 20612512412504 | |
| | | $4729.68 | G.W. | 4905A | 20612512475404 | |
| $22,849.92 | 05/23/2006 | $2249.37 | M.W. | 4704D | 20612513202604 | |
| | | $2394.49 | G.W. | 4905A | 20612915274204 | 05/09/2012 |
| | | $4478.96 | G.W. | 4905A | 20612915295304 | |
| **$164.004.16** | | **$164.004.16** | | | | |

(8)   On May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Heritage Nursing Home, the dba for Jordan & Gillis, Inc., for submitting the foregoing Medicare claims.   **ISIS LTC** charged Heritage Nursing Home 15% of the claims that Medicare paid.   On or about May 24, 2006, Jordan & Gillis, Inc., drafted check number 11981 in the amount of $24,600.63, paying **ISIS LTC** for submitting the foregoing claims to Medicare.  This check was deposited into **ISIS LTC** Capital One bank account 3620185182.

(9)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Jordan & Gillis, Inc., dba Heritage Nursing Home as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $5659.69 | L.E. | 6305D | 20613009503104 | 05/10/2006 |
| | | $2249.37 | R.H. | 0376A | 20612915091204 | |
| $12,335.23 | 05/24/2006 | $2176.80 | R.H. | 0376A | 20612915110904 | 05/09/2006 |
| | | $2249.37 | R.H. | 0376A | 20612915132004 | |
| $14,855.20 | 05/25/2006 | $4887.33 | M.B. | 0950A | 20613108280904 | 05/11/2006 |
| | | $9967.87 | M.B. | 0950A | 20613108302804 | |
| | | $870.71 | M.M. | 2205D | 20613214355904 | |
| | | $1168.97 | B.R. | 4322M | 20613214240204 | |
| | | $580.49 | L.G. | 5531A | 20613215563404 | |
| $100,076.93 | 05/26/2006 | $2249.37 | L.G. | 5531A | 20613215581104 | 05/12/2006 |
| | | $3192.63 | L.G. | 5531A | 20613215594504 | |
| | | $948.29 | L.G. | 5531A | 20613216015504 | |
| | | $580.49 | A.H. | 2952A | 20613215494904 | |
| | | $2249.37 | A.H. | 2952A | 20613215512704 | |

| | | $2176.80 | A.H. | 2952A | 20613215531004 | |
|---|---|---|---|---|---|---|
| | | $580.49 | N.M. | 0949D | 20613215413604 | |
| | | $870.71 | N.M. | 0949D | 20613215431604 | |
| | | $2249.37 | M.M. | 2205D | 20613214382904 | |
| | | $6965.77 | M.M. | 2205D | 20613214402904 | |
| | | $8997.43 | M.M. | 2205D | 20613214440904 | |
| | | $8707.20 | M.M. | 2205D | 20613214461604 | |
| | | $8997.43 | M.M. | 2205D | 20613215004804 | |
| | | $5659.69 | M.M. | 2205D | 20613215061804 | |
| | | $2249.37 | M.M. | 2205D | 20613215082504 | |
| | | $5079.20 | M.M. | 2205D | 20613215104804 | |
| | | $6240.17 | M.M. | 2205D | 20613215174704 | |
| | | $435.37 | M.M. | 2205D | 20613215215504 | |
| | | $2249.37 | M.M. | 2205D | 20613215284804 | |
| | | $4068.67 | M.M. | 2205D | 20613239215404 | |
| | | $2249.37 | B.R. | 4322M | 20613214262504 | |
| | | $4157.13 | I.K. | | 20613214201604 | |
| | | $4281.03 | M.M. | 2205D | 20613215330904 | |
| | | $7536.33 | M.M. | 2205D | 20613215351004 | |
| | | $4498.71 | M.M. | 2205D | 20613239331404 | |
| | | **$127,267.36** | | | | |

(10)   On May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Heritage Nursing Home, the dba for Jordan & Gillis, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   **ISIS LTC** charged Heritage Nursing Home 15% of the claims that Medicare paid.   On or about June 8, 2006, Jordan & Gillis, Inc., drafted check number 11992 in the amount of $31,018.47, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(11)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.   As reported by Wisconsin Physician Service Corporation, Medicare paid provider Jordan & Gillis, Inc., dba Heritage Nursing Home as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $25,626.77 | 08/10/2007 | $617.42 | C.B. | 9360A | 20720800119604 | 07/28/2007 |
| | | $503.71 | V.D. | 7847D | 20720800096404 | |
| | | $3050.21 | V.D. | 7847D | 20720800098104 | |
| | | $1343.23 | F.R. | 2381A | 20720800115704 | |
| | | $1343.23 | F.R. | 2381A | 20720800116304 | |
| | | $233.11 | F.R. | 2381A | 20720800116604 | |
| | | $6500.16 | F.R. | 2381A | 20720800117004 | |
| | | $2022.28 | E.R. | 9010D | 20720800121304 | |
| | | $3341.49 | B.R. | 4322M | 20720800122004 | |
| | | $1011.13 | E.D. | 8964A | 20720800115104 | |
| | | $354.46 | V.D. | 7847D | 20720800099804 | |
| | | $261.18 | M.L. | 0460A | 20720800107104 | |
| | | $3139.59 | N.M. | 0949D | 20720800106004 | |
| | | $341.96 | C.R. | 9528A | 29720800104704 | |
| | | $1058.05 | S.S. | 745TA | 20720800114604 | |
| | | $505.56 | O.S. | 7468D | 20720800109304 | |
| | | **$25,626.77** | | | | |

(12)   On August 27, 2007, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Heritage Nursing Home, the dba for Jordan & Gillis, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   **ISIS LTC** charged Heritage Nursing Home 20% of the claims that Medicare paid.  On or about September 6, 2007, Jordan & Gillis, Inc., drafted check number 12195 in the amount of $7,218.89, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC**'s Capital One bank account 3620185182.

(13)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Wisconsin Physicians Service Insurance Corporation, Medicare paid provider Jordan & Gillis, Inc., dba Heritage Nursing Home as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| | | $660.79 | M.B. | 1639D | 20733100207704 | |
| | | $161.51 | F.B. | 495C2 | 20733100362904 | |
| | | $273.33 | B.C. | 7031A | 20733100209904 | |
| | | $223.63 | V.C. | 5538A | 20733100217004 | |
| | | $372.72 | B.C. | 7031A | 20733100267304 | |
| | | $49.70 | V.C. | 5538A | 20733100267904 | |
| | | $385.14 | B.C. | 7031A | 20733100303004 | |
| | | $86.97 | V.C. | 5538A | 20733100307304 | |
| | | $285.75 | B.C. | 7031A | 20733100342504 | |
| | | $468.20 | D.H. | 0763D | 20733100268604 | |
| | | $410.43 | M.L. | 0460A | 20733100390304 | |
| | | $541.02 | M.L. | 0460A | 20733100308704 | |
| | | $2166.72 | A.L. | 6008A | 20733100397704 | |
| | | $2238.95 | A.L. | 6008A | 20733100343704 | |
| | | $2238.95 | A.L. | 6008A | 20733100311504 | |
| | | $3466.76 | A.L. | 6008A | 20733100220604 | |
| | | $2888.96 | A.L. | 6008A | 20733100271004 | |
| $47,318.82 | 12/11/2007 | $650.01 | A.L. | 1364A | 20733100378904 | 11/27/2007 |
| | | $1155.59 | N.M. | 0949D | 20733100311704 | |
| | | $1155.59 | N.M. | 0949D | 20733100345604 | |
| | | $18.16 | C.M. | 2873A | 20733100338304 | |
| | | $298.50 | C.M. | 2873A | 20733100349404 | |
| | | $1679.04 | Z.M. | 0684A | 20733100365004 | |
| | | $1735.01 | Z.M. | 0684A | 20733100222504 | |
| | | $1679.04 | Z.M. | 0684A | 20733100274504 | |
| | | $1735.01 | Z.M. | 0684A | 20733100315904 | |
| | | $1735.01 | Z.M. | 0684A | 20733100352204 | |
| | | $2972.14 | T.N. | 0273D | 20733100257304 | |
| | | $1922.90 | T.N. | 0273D | 20733100275204 | |
| | | $385.14 | A.P. | 2870A | 20733100224604 | |
| | | $372.72 | A.P. | 2870A | 20733100276504 | |
| | | $62.12 | A.P. | 2870A | 20733100316904 | |
| | | $86.97 | A.P. | 2870A | 20733100336604 | |
| | | $136.66 | A.P. | 2970A | 20733100358004 | |
| | | $1716.35 | C.R. | 9528A | 20733100360304 | |
| | | $242.53 | C.R. | 9528A | 20733100225504 | |

| | | $1805.60 | C.R. | 9528A | 20733100278904 |
|---|---|---|---|---|---|
| | | $4380.35 | C.R. | 9528A | 20733100317804 |
| | | $866.68 | S.S. | 745TA | 20733100369204 |
| | | $372.72 | D.S. | 2917A | 20733100279204 |
| | | $385.14 | D.S. | 2817A | 20733100320204 |
| | | $385.14 | D.S. | 2917A | 20733100361004 |
| | | $372.72 | D.S. | 2917A | 20733100366904 |
| | | $385.14 | D.S. | 2917A | 20733100228304 |
| | | $757.36 | E.S. | 2250A | 20733100241404 |
| | | $410.43 | O.S. | 7468D | 20733100256604 |
| | | $541.02 | G.W. | 4905A | 20733100256304 |
| | | **$47,318.82** | | | |

(14)   On January 25, 2008, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Heritage Nursing Home, the dba for Jordan & Gillis, Inc., for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   **ISIS LTC** charged Heritage Nursing Home a flat fee of $2,000.00 per month between May 2007 and September 2007 for submitting claims to Medicare.   On or about March 14, 2008, Jordan & Gillis, Inc., drafted check number 21732 in the amount of $14,000.00, paying **ISIS LTC** for submitting the foregoing Medicare claims, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC**'s Capital One bank account 3620185182.

(15)   The pattern of claims submission, claims payment, invoice submission, and invoice payment described above continued through August 2009, resulting in fraudulent claim submission to Medicare by the Defendants through Heritage Nursing Home in the amount of $1,084,327.

(16)   The submission of the Heritage Nursing Home Medicare claims by the Defendants caused a corresponding claim submission to Medicaid.  The Defendants fraudulent activity resulted in Medicaid claims in the amount of $89,287.

e.   With respect to Atlanta Nursing Homes, Inc., doing business as Golden

Villa:

(1)     On or about February 16, 2006, **John Mitchell Rutoskey** conducted a healthcare billing seminar that was attended by an administrator with oversight of Golden Villa. The Defendants were subsequently hired by Golden Villa to conduct Medicare and Medicaid billing.

(2)     Between March 2006 and August 2009, the Defendants submitted or caused to be submitted Medicare claims for multiple beneficiaries at Golden Villa.

(3)     Between March 2006 and August 2009, the Defendants submitted or caused to be submitted Medicaid claims for multiple beneficiaries at Golden Villa.

(4)     Between March 2006 and August 2009, the Defendants submitted invoices to Atlanta Nursing Homes, Inc., doing business as Golden Villa.

(5)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by Mutual of Omaha, Medicare paid provider Atlanta Nursing Homes Inc. for Medicare claims as follows:

| AMT Paid by Medicare | Date of Medi | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $          10,075.36 | 06/05/06 | $          495.72 | A.C. | 1686D | 20614213062204 | 05/22/06 |
|  |  | $       1,295.08 | A.C. | 1686D | 20614213084104 | 05/22/06 |
|  |  | $       1,093.82 | A.C. | 1686D | 20614213115104 | 05/22/06 |
|  |  | $       4,012.31 | A.H. | 2264A | 20614213224404 | 05/22/06 |
|  |  | $       1,225.57 | A.H. | 2264A | 20614237515604 | 05/22/06 |
|  |  | $       1,952.86 | L.W. | 3767D | 20613911340404 | 05/19/06 |
| $            2,525.23 | 06/06/06 | $       1,899.61 | P.H. | 1202D2 | 20614214055604 | 05/22/06 |
|  |  | $          625.62 | A.H. | 8156A | 20613911494404 | 05/19/06 |
| $               903.32 | 06/07/06 | $          903.32 | P.H. | 1202D2 | 20614214328904 | 05/22/06 |
| $            13,503.91 |  | $     13,503.91 |  |  |  |  |

(6)     On or about June 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Golden Villa Nursing Home, the dba for Atlanta Nursing Homes, Inc., in the amount of $2,025.58 for submitting the foregoing Medicare claims. **ISIS LTC** charged Golden Villa 15% of the total Medicare payment amount for the claims listed above. On or about June 20, 2006, Golden Villa Nursing Home drafted check number 29524 in the amount of

$2,025.58 to pay **ISIS LTC** for submitting the foregoing Medicare claims. The check was deposited into the **ISIS LTC** account number 3620185182 at Capital One.

(7)  The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by Mutual of Omaha, Medicare paid provider Atlanta Nursing Homes Inc. for Medicare claims as follows:

| AMT Paid by Medicare | Date of Medicare Payment | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date | |
|---|---|---|---|---|---|---|---|
| $  14,875.62 | 07/24/06 | $      455.38 | V.A. | 5945A | 20619109560904 | 07/10/06 | |
| | | $      303.58 | H.B. | 4655A | 20619109595604 | 07/10/06 | |
| | | $  14,116.66 | L.B. | 8178D | 20619110381704 | 07/10/06 | |
| $ 114,118.57 | 07/25/06 | $    4,705.54 | M.E. | 4311A | 20619209582604 | 07/11/06 | |
| | | $    4,705.54 | A.F. | 8094D | 20619209582604 | 07/11/06 | |
| | | $    4,705.54 | A.F. | 8094D | 20619211251404 | 07/11/06 | |
| | | $    9,411.10 | V.H. | 5723B | 20619210003004 | 07/11/06 | |
| | | $    9,107.52 | V.H. | 5723B | 20619211275804 | 07/11/06 | |
| | | $    3,415.32 | A.H. | 8156A | 20619211325804 | 07/11/06 | |
| | | $    4,553.76 | N.H. | 4120A | 20619210043204 | 07/11/06 | |
| | | $    2,172.03 | H.K. | 8989A | 20619210064204 | 07/11/06 | |
| | | $    4,250.18 | E.L. | 2975D2 | 20619211470804 | 07/11/06 | |
| | | $    9,411.10 | F.L. | 6319A | 20619210543204 | 07/11/06 | |
| | | $    6,071.68 | F.L. | 6319A | 20619212570804 | 07/11/06 | |
| | | $    4,705.54 | E.M. | 4504D | 20619240184504 | 07/11/06 | |
| | | $    4,553.76 | E.M. | 4504D | 20619212590404 | 07/11/06 | |
| | | $    3,187.62 | A.M. | 5322D | 20619213114104 | 07/11/06 | |
| | | $    3,035.84 | V.M. | 4743D | 20619213133204 | 07/11/06 | |
| | | $  11,763.88 | L.M. | 1979D | 20619210472204 | 07/11/06 | |
| | | $    2,125.10 | C.P. | 8254A | 20619210205004 | 07/11/06 | |
| | | $    4,705.54 | J.R. | 0517A | 20619210224404 | 07/11/06 | |
| | | $    1,062.54 | J.R. | 0517A | 20619213033104 | 07/11/06 | |
| | | $    7,058.34 | W.W. | 4718D1 | 20619210493504 | 07/11/06 | |
| | | $    6,830.64 | W.W. | 4718D1 | 20619213052504 | 07/11/06 | |
| | | $    2,580.46 | M.W. | 0909D | 20619211033204 | 07/11/06 | |
| $ 128,994.19 | | $ 128,994.19 | | | | | |

(8)  On or about June 25, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Golden Villa Nursing

Home, the dba for Atlanta Nursing Homes Inc., in the amount of $19,349.13 for submitting the foregoing Medicare claims. **ISIS LTC** charged Golden Villa 15% of the total Medicare payment amount for the claims listed above. On or about July 27, 2006, Golden Villa Nursing Home drafted check number 29672 in the amount of $19,349.13 to pay **ISIS LTC** for submitting the foregoing Medicare claims. The check was deposited into the **ISIS LTC** account number 3620185182 at Capital One.

(9)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by Mutual of Omaha, Medicare paid provider Atlanta Nursing Homes Inc. for Medicare claims as follows:

| AMT Paid by Medicare | Date of Medicare Payment | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $    23,451.88 | 07/28/06 | $    14,647.94 | L.B. | 8178D | 20619514501404 | 07/14/06 |
| | | $     3,946.58 | A.H. | 8156A | 20619514562204 | 07/14/06 |
| | | $     1,973.30 | D.R. | 4619A | 20619514594904 | 07/14/06 |
| | | $     2,884.06 | D.R. | 4619A | 20619515022904 | 07/14/06 |
| $    23,451.88 | | $    23,451.88 | | | | |

(10)    On or about **June 28, 2006, ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Golden Villa Nursing Home, the dba for Atlanta Nursing Homes Inc., in the amount of $33,241.74 for submitting the foregoing Medicare claims plus other Medicare claims not identified above. **ISIS LTC** charged Golden Villa 15% of the total Medicare payment amount for the claims listed above. On or about August 11, 2006, Golden Villa Nursing Home drafted check number 29730 in the amount of $33,241.74 to pay **ISIS LTC** for submitting the foregoing Medicare claims plus other Medicare claims not identified above. The check was deposited into the **ISIS LTC** account number 3620185182 at Capital One.

**Note:** The date on the invoice is June 28, 2006, which is incorrect because Medicare payment was not made until July 28, 2006.

(11)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by

Mutual of Omaha, Medicare paid provider Atlanta Nursing Homes Inc. for Medicare claims as follows:

| AMT Paid by Medicare | Date of Medicare Payment | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $   17,152.48 | 08/16/06 | $      1,821.50 | W.C. | 1260A | 20621208440904 | 07/31/06 |
| | | $      4,705.54 | D.F. | 7423B | 20621415540004 | 08/02/06 |
| | | $      6,223.46 | Z.H. | 9511A | 20621208542404 | 07/31/06 |
| | | $      4,401.98 | M.P. | 4542A | 20621415554604 | 08/02/06 |
| $   47,104.30 | 08/14/06 | $      2,125.10 | R.J. | 9635A | 20621232359704 | 07/31/06 |
| | | $      1,214.34 | N.L. | 0967A | 20621208371804 | 07/31/06 |
| | | $      3,415.32 | J.C. | 1686A | 20621208415504 | 07/31/06 |
| | | $      2,040.18 | J.C. | 1686A | 20621208462504 | 07/31/06 |
| | | $      6,678.86 | C.C. | 0467A | 20621210070604 | 07/31/06 |
| | | $      1,821.50 | N.C. | 5355D | 20621208594204 | 07/31/06 |
| | | $      4,098.38 | N.C. | 5355D | 20621209005904 | 07/31/06 |
| | | $      1,366.14 | W.C. | 1260A | 20621232505904 | 07/31/06 |
| | | $      4,322.39 | P.D. | 6032A | 20621210020904 | 07/31/06 |
| | | $      4,477.86 | A.F. | 3692D6 | 20621208500504 | 07/31/06 |
| | | $      3,025.06 | D.F. | 7423B | 20621210050704 | 07/31/06 |
| | | $      3,411.65 | M.G. | 6727A | 20621208575604 | 07/31/06 |
| | | $      1,517.92 | N.L. | 0967A | 20621208560404 | 07/31/06 |
| | | $      1,366.14 | M.C. | 9992M | 20621233128404 | 07/31/06 |
| | | $      2,732.26 | N.C. | 5355D | 20621209033004 | 07/31/06 |
| | | $      2,580.46 | N.C. | 5355D | 20621209051504 | 07/31/06 |
| | | $        910.74 | N.C. | 5355D | 20621209074904 | 07/31/06 |
| $   64,256.78 | | $    64,256.78 | | | | |

(12)    On or about August 18, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Golden Villa Nursing Home, the dba for Atlanta Nursing Homes Inc., in the amount of $9,638.52 for submitting the foregoing Medicare claims. **ISIS LTC** charged Golden Villa 15% of the total Medicare payment amount for the claims listed above. On or about August 29, 2006, Golden Villa Nursing Home drafted check number 29773 in the amount of $82,273.77 to pay **ISIS LTC** for submitting the foregoing Medicare claims plus other Medicare claims not identified above. The check was deposited into the **ISIS LTC** account number 3620185182 at Capital One.

(13)    The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by

Wisconsin Physician Service Corp., Medicare paid provider Atlanta
Nursing Homes Inc. for Medicare claims as follows:

| AMT Paid by Medicare | Date of Medicare Payment | Claim Pmt. Amt. | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $ 3,087.52 | 08/08/07 | $  2,527.84 | M.D. | 0786A | 20720600119404 | 07/25/07 |
| | | $   559.68 | B.F. | 2294A | 20720600118004 | 07/25/07 |
| | | $  3,087.52 | | | | |
| | | | | | | |
| | | | | | | |

(14)   On or about September 12, 2007, **ISIS LTC**, 1515 Heritage Drive,
Suite 212, McKinney, Texas, sent an invoice to Golden Villa
Nursing Home, the dba for Atlanta Nursing Homes Inc., in the
amount of $19,763.57 for submitting the foregoing Medicare claims
plus other Medicare claims not identified above. **ISIS LTC** charged
Golden Villa 20% of the total Medicare payment amount for the
claims listed above.  On or about October 3, 2007, Golden Villa
Nursing Home drafted check number 1023 in the amount of
$19,763.59 to pay **ISIS LTC** for submitting the foregoing Medicare
claims plus other Medicare claims not identified above.  The check
was deposited into the **ISIS LTC** account number 3620185182 at
Capital One.

(15)   The pattern of claims submission, claims payment, invoice
submission, and invoice payment described above continued through
August 2009, resulting in fraudulent claim submission to Medicare
by the Defendants through Golden Villa in the amount of
$1,255,925.

(16)   The submission of the Golden Villa Medicare claims by the
Defendants caused a corresponding claim submission to Medicaid.
The Defendants' fraudulent activity resulted in Medicaid claims in
the amount of $49,128.

f.   With respect to Atlanta Nursing Homes, Inc., doing business as Rose

Haven Retreat:

(1)   On or about February 16, 2006, **John Mitchell Rutoskey** conducted
a healthcare billing seminar that was attended by an administrator
with oversight of Rose Haven Retreat.  The Defendants were

subsequently hired by Rose Haven Retreat to conduct Medicare billing.

(2)  Between March 2006 and August 2009, the Defendants submitted or caused to be submitted Medicare claims for multiple beneficiaries at Rose Haven Retreat.

(3)  Between March 2006 and August 2009, the Defendants submitted invoices to Atlanta Nursing Homes, Inc., doing business as Rose Haven Retreat.

(4)  The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Rose Haven Retreat for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $381.65 | 06/24/2006 | $381.65 | J.W. | 2419A | 206090011421484 | 03/31/2006 |
|  |  | **$381.65** |  |  |  |  |

(5)  On or about May 16, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Rose Haven Retreat, the dba for Atlanta Nursing Homes, Inc., for submitting the foregoing Medicare claim, plus other Medicare claims not identified above. **ISIS LTC** charged Rose Haven Retreat 15% of the claims that Medicare paid.  On May 26, 2006, Atlanta Nursing Homes drafted check number 13818 in the amount of $473.25, paying **ISIS LTC** for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(6)  The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Rose Haven Retreat for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $4705.54 | J.R. | 2212A | 20620113451604 | |
| | | $12522.84 | J.R. | 2212A | 20620113471204 | |
| | | $9615.82 | J.R. | 2212A | 20620113492004 | |
| | | $13685.76 | M.W. | 8872A | 20620113424104 | |
| $83,562.96 | 08/03/2006 | $6602.94 | R.J. | 7253D | 20620007595604 | 07/20/2006 |
| | | $9411.10 | J.R. | 2212A | 20620113513704 | |
| | | $8500.34 | J.R. | 2212A | 20620113533904 | |
| | | $9411.10 | J.R. | 2212A | 20620113564204 | |
| | | $9107.52 | J.R. | 2212A | 20620113574304 | |
| | | **$83,562.96** | | | | |

(7)     On or about August 4, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Rose Haven Retreat, the dba for Atlanta Nursing Homes, Inc., for submitting the foregoing Medicare claim, plus other Medicare claims not identified above. **ISIS LTC** charged Rose Haven Retreat 15% of the claims that Medicare paid. On August 9, 2006, Atlanta Nursing Homes drafted check number 4687 in the amount of $96,647.54, paying **ISIS LTC** for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.

(8)     The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below. As reported by Mutual of Omaha, Medicare paid provider Rose Haven Retreat for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $6,830.64 | 08/08/2006 | $2125.10 | A.A. | 9263A | 20620208363604 | 07/21/2006 |
| | | $4705.54 | P.A. | 9621A | 20620213331704 | |
| | | **$6,830.64** | | | | |

(9)     On or about August 11, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Rose Haven Retreat, the dba for Atlanta Nursing Homes, Inc., for submitting the foregoing Medicare claim, plus other Medicare claims not identified above. **ISIS LTC** charged Rose Haven Retreat 15% of the claims that Medicare paid. On September 8, 2006, Atlanta Nursing Homes

drafted check number 7588 in the amount of $1547.01, paying **ISIS LTC** for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.   This check was deposited into **ISIS LTC**'s Capital One bank account 3620185182.

(10)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Mutual of Omaha, Medicare paid provider Rose Haven Retreat for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $5,879.32 | 10/26/2006 | $1557.68 | C.C. | 3616D | 20627915531004 | 10/06/2006 |
|  |  | $4321.64 | M.W. | 8872A | 20627916451604 |  |
|  |  | $5,879.32 |  |  |  |  |

(11)   On or about October 27, 2006, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Rose Haven Retreat, the dba for Atlanta Nursing Homes, Inc., for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.   **ISIS LTC** charged Rose Haven Retreat 15% of the claims that Medicare paid.  On November 14, 2006, Atlanta Nursing Homes drafted check number 14108 in the amount of $7056.56, paying **ISIS LTC** for submitting the foregoing Medicare claim, plus other Medicare claims not identified above.  This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(12)   The Defendants fraudulently submitted or caused to be submitted Medicare claims as set forth in the table below.  As reported by Wisconsin Physicians Service, Medicare paid provider Rose Have Retreat for Medicare claims as follows:

| Medicare Pmt Amt | Medicare Pmt Date | Claim Pmt Amt | Patient | Patient ID | Claim No. | Claim Date |
|---|---|---|---|---|---|---|
| $19,704.62 | 06/14/2007 | $6039.23 | B.J. | 2014A | 20714400133304 | 05/24/2007 |
|  |  | $8748.39 | B.J. | 2014A | 20714400140404 |  |
|  |  | $4917.00 | B.J. | 2014A | 20714400148004 |  |
|  |  | $19,704.62 |  |  |  |  |

(13)    On or about August 8, 2007, **ISIS LTC**, 1515 Heritage Drive, Suite 212, McKinney, Texas, sent an invoice to Rose Haven Retreat, the dba for Atlanta Nursing Homes, Inc., for submitting the foregoing Medicare claim.   **ISIS LTC** charged Rose Haven Retreat 20% of the claim that Medicare paid.  On August 8, 2007, Atlanta Nursing Homes drafted check number 14592 in the amount of $3,940.93, paying **ISIS LTC** for submitting the foregoing Medicare claim. This check was deposited into **ISIS LTC's** Capital One bank account 3620185182.

(14)    The pattern of claims submission, claims payment, invoice submission, and invoice payment described above continued through August 2009, resulting in fraudulent claim submission to Medicare by the Defendants through Rose Haven Retreat in the amount of $885,008.

27.    At all times relevant to this indictment, the Defendants were aware that **John Mitchell Rutoskey** was an excluded person as defined herein. The Defendants concealed or failed to notify the administrators of the nursing homes listed above that **John Mitchell Rutoskey** was excluded. The conspiracy and fraud perpetrated by the Defendants extended beyond the nursing homes listed herein. The total fraudulent billing for the facilities listed and the time frames included in this indictment is $22,011,965.00.

All in violation of 18 U.S.C. § 1349.

## COUNT TWO

**Health Care Fraud
(18 U.S.C. § 1347 and 2)
Dickens County Nursing Home**

28.    The Grand Jury realleges and incorporates the paragraphs 1-25, 26a, and 27

of this Indictment as if fully set forth herein.

29.    From in or about February 2006 until in or about May 2008, in the Eastern

District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and
GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and
HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did  knowingly and

willfully execute and attempt to execute, a scheme and artifice:

(a)    to defraud  a health care benefit program; namely, Medicare, and

(b)    to obtain, by means of false and fraudulent pretenses, representations, and

promises, money and property owned by, or under the custody and control of, a health

care benefit program; namely, the Medicare program; in connection with the delivery of

or payment for health care benefits, items and services for Dickens County Nursing

Home.

All in violation of 18 U.S.C. §§ 1347 and 2.

## COUNT THREE

**Health Care Fraud**
**(18 U.S.C. § 1347 and 2)**
**Nurse-con Corporation d/b/a Elmwood Nursing Home**

30.     The Grand Jury realleges and incorporates the paragraphs 1-25, 26b, and 27

of this Indictment as if fully set forth herein.

31.     From in or about Spring of 2005, the exact date unknown, until in or about

July 2011, in the Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and**
**GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and**
**HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did knowingly and

willfully execute and attempt to execute, a scheme and artifice:

(a)     to defraud  a health care benefit program; namely, Medicare and Medicaid,

and

(b)     to obtain, by means of false and fraudulent pretenses, representations, and

promises, money and property owned by, or under the custody and control of health care

benefit programs; namely, the Medicare and Medicaid programs; in connection with the

delivery of or payment for health care benefits, items and services for Nurse-con

Corporation d/b/a Elmwood Nursing Home.

All in violation of 18 USC §§ 1347 and 2.

## COUNT FOUR

**Health Care Fraud
(18 U.S.C. § 1347 and 2)
Mission Manor Nursing Home**

32.    The Grand Jury realleges and incorporates the paragraphs 1-25, 26c, and 27 of this Indictment as if fully set forth herein.

33.    From on or about February 16, 2006, until on or about August 2009, in the Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and
GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and
HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did  knowingly and willfully execute and attempt to execute, a scheme and artifice:

(a)     to defraud  a health care benefit program; namely, Medicare and Medicaid, and

(b)     to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of health care benefit programs; namely, the Medicare and Medicaid programs; in connection with the delivery of or payment for health care benefits, items and services for Mount Vernon Nursing Home, Inc., d/b/a Mission Manor Nursing Home.

All  in violation of 18 USC §§ 1347 and 2.

## COUNT FIVE

**Health Care Fraud
(18 U.S.C. § 1347 and 2)
Heritage Nursing Home**

34.     The Grand Jury realleges and incorporates the paragraphs 1-25, 26d, and 27 of this Indictment as if fully set forth herein.

35.     From on or about February 2006 until on or about August 2009, in the Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and
GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and
HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did  knowingly and willfully execute and attempt to execute, a scheme and artifice:

(a)     to defraud  a health care benefit program; namely, Medicare and Medicaid, and

(b)     to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of health care benefit programs; namely, the Medicare and Medicaid programs; in connection with the delivery of or payment for health care benefits, items and services for Jordan and Gillis, Inc., d/b/a Heritage Nursing Home.

All in violation of 18 USC §§ 1347 and 2.

## COUNT SIX

**Health Care Fraud**
**(18 U.S.C. § 1347 and 2)**
**Golden Villa**

36.  The Grand Jury realleges and incorporates the paragraphs 1-25, 26e, and 27 of this Indictment as if fully set forth herein.

37.  From in or about February 2006, until in or about August 2009, in the Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and**
**GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and**
**HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did  knowingly and willfully execute and attempt to execute, a scheme and artifice:

(a)  to defraud  a health care benefit program; namely, Medicare and Medicaid, and

(b)  to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of health care benefit programs; namely, the Medicare and Medicaid programs; in connection with the delivery of or payment for health care benefits, items and services for Atlanta Nursing Homes, Inc., d/b/a Golden Villa.

All in violation of 18 USC §§ 1347 and 2.

## COUNT SEVEN

**Health Care Fraud**
**(18 U.S.C. § 1347 and 2)**
**Rose Haven Retreat**

38.     The Grand Jury realleges and incorporates the paragraphs 1-25, 26f, and 27

of this Indictment as if fully set forth herein.

39.     From in or about February 2006 until in or about August 2009, in the

Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and**
**GWENICE RUTOSKEY (2),**

utilizing the corporate structure of

**ISIS, LTC, INC. (3), and**
**HEALTHCARE CONSULTANTS AND MANAGEMENT SERVICES, INC. (4),**

aiding and abetting each other and others known and unknown, did  knowingly and

willfully execute and attempt to execute, a scheme and artifice:

(a)     to defraud  a health care benefit program; namely, Medicare, and

(b)     to obtain, by means of false and fraudulent pretenses, representations, and

promises, money and property owned by, or under the custody and control of health care

benefit programs; namely, the Medicare program; in connection with the delivery of or

payment for health care benefits, items and services for Atlanta Nursing Homes, Inc.,

d/b/a Rose Haven Retreat.

All in violation of 18 USC §§ 1347 and 2.

## COUNT EIGHT

**Causing False Representations in Relation to Federal Healthcare Programs**
**42. U.S.C. § 1320a-7b(3)**

40. The Grand Jury realleges and incorporates the paragraphs 1-27 of this Indictment as if fully set forth herein.

41. From in or about 2005, the exact date unknown, until on or about July, 2011, in the Eastern District of Texas and elsewhere,

**JOHN MITCHELL RUTOSKEY (1), and**
**GWENICE RUTOSKEY (2),**

aiding and abetting each other and others known and unknown, and having knowledge of the occurrence of an event (that **JOHN MITCHELL RUTOSKEY** was previously excluded from participating in a federal health care benefit program), which affected the Defendants' initial or continued right to any benefit or payment from the Texas Medicaid Program or Medicare, concealed or failed to disclose such event with an intent fraudulently to secure such benefit or payment when no such benefit or payment is authorized in connection with the furnishing of items and services by the Defendants for which payment was made by the programs,

All in violation of 18 U.S.C. § 2 and 42 U.S.C. § 1320a-7b(3).

## COUNTS NINE and TEN

**Money Laundering Greater than $10,000**
**(18 U.S.C. §§1957 and 2)**

42. The Grand Jury realleges and incorporates the paragraphs 1-41 of this Indictment as if fully set forth herein.

43.    On or about the following dates, in the Eastern District of Texas and elsewhere, the Defendants,

**JOHN MITCHELL RUTOSKEY (1), and**
**GWENICE RUTOSKEY (2),**

aided and abetted by each other and others known and unknown, knowingly engaged in a monetary transaction of criminally derived property of a value greater than $10,000, described below, which had been derived from specified unlawful activity in and affecting interstate commerce, that is, the specified unlawful activities more specifically described in Counts One through Eight of this Indictment, namely violations of 18 U.S.C. 1347 and 1349.

| Count | Date | Check Number | Amount | Transaction |
|---|---|---|---|---|
| 9 | 3/17/2008 | 229184 | $22,964.76 | Cashier's check from Capital One Account #3620185182 payable to Security Title |
| 10 | 3/17/2008 | 229185 | $27,000.00 | Cashier's check from Capital One Account #3010377535 payable to Security Title |

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As the result of committing a violation of 18 U.S.C. § 1349 as stated in this Indictment, the defendants shall forfeit to the United States all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned violations, including but not limited to the following:

**Cash Proceeds**

Approximately $22,011,965 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the foregoing offenses alleged in this Indictment,

**Real Property**

Real property located at 905 Creekline Way, McKinney, Texas, 75070, titled to Gwenice and John Mitchell Rutoskey

Real property located at Sedalia Road, Van Alstyne, Texas, 75495, titled to Gwenice and John Mitchell Rutoskey

Real property located at Wolf Road, Van Alstyne, Texas, 75495, titled to Gwenice and John Mitchell Rutoskey

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;
(b)     has been transferred or sold to, or deposited with a third person;
(c)     has been placed beyond the jurisdiction of the court;
(d)     has been substantially diminished in value; or
(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offense alleged in this Indictment, any and all interest

the defendants have in the above-described property is vested in and forfeited to the

United States.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
JAMES E. PEACOCK
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12-CR- |
| | § | |
| JOHN MITCHELL RUTOSKEY (1), | § | |
| GWENICE RUTOSKEY (2), | § | |
| ISIS, LTC, INC. (3), AND, | § | |
| HEALTHCARE CONSULTANTS AND | § | |
| MANAGEMENT SERVICES, INC. (4) | § | |
| DEFENDANTS | § | |

## **NOTICE OF PENALTY**

### **COUNT ONE**

Violation:      18 U.S.C. § 1349 (Conspiracy to Commit Healthcare Fraud)

Penalty:       Imprisonment of not more than ten (10) years; a fine of not more than
$250,000.00; a term of supervised release of not more than three (3) years

Special Assessment:  $100.00

### **COUNTS TWO THROUGH SEVEN:**

Violation:      18 U.S.C. § 1347 (Healthcare Fraud)

Penalty:       Imprisonment of not more than ten (10) years; a fine of not more than
$250,000.00 for individuals and $500,000.00 for organizations; a term of
supervised release of not more than three (3) years

Special Assessment:  $100.00 each count

## COUNT EIGHT

Violation:      42 U.S.C. § 1320a-7b(3) (Causing False Representations in Relation to Federal
                Healthcare Programs)

Penalty:        Imprisonment of not more than five (5) years; a fine of not more than $25,000.00;
                a term of supervised release of not more than three (3) years

Special Assessment:  $100.00

## COUNTS NINE AND TEN

Violation:      18 U.S.C. §§ 1957 and 2 (Money Laundering Greater than $10,000)

Penalty:        Imprisonment of not more than ten (10) years; a fine of not more than
                $250,000.00; a term of supervised release of not more than three (3) years

Special Assessment:  $100.00 each count