IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:12-CR-289 |
| | § | Judge Crone |
| 3 ISIS LTC Inc (3) | § | |
| Healthcare Consultants and Management Services Inc. (4) | § § | |

## ORDER DISMISSING INDICTMENT

The United States having filed its Motion to Dismiss the Indictment, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Indictment filed on December 12, 2012, against defendants 3 ISIS LTC Inc (3) and Healthcare Consultants and Management Services Inc. (4) is dismissed.

SIGNED at Beaumont, Texas, this 3rd day of February, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE